■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARISTIDER TORRES, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered on or about May 18, 2004, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Marlow, Buckley and Sweeny, JJ.